IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA, CIVIL DIVISION

JOAN BIENVENUE,

 Plaintiff,

vs.

WAL-MART STORES, INC.,

 Defendants.
_____/

CASE NO.:

13 - 035630 CI

## REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiff, JOAN BIENVENUE, by and through the undersigned counsel, hereby requests that Defendant, WAL-MART STORES, INC., respond to these Request for Admissions within the time prescribed by Rule 1.370, Florida Rules of Civil Procedure.

## ADMIT OR DENY EACH OF THE FOLLOWING:

1. On the date of the accident, June 24, 2012, which is the subject of the lawsuit, the Defendant, WAL-MART STORES, INC., was the owner of the property described in the Complaint.

2. On the date of this subject accident Defendant, WAL-MART STORES, INC., was negligent and careless in the operation and maintenance of the subject property.

3. Plaintiff, JOAN BIENVENUE, did not contribute to the Plaintiff's loss, injury or damage in anyway.

4. Plaintiff, JOAN BIENVENUE, was injured as a result of the subject incident.

5. Plaintiff, JOAN BIENVENUE, sustained a permanent injury within a reasonable degree of medical probability as a result of the subject incident.

6. Plaintiff, JOAN BIENVENUE, sustained a permanent loss of significant and important bodily function as a result of the subject incident in question.

7. Plaintiff, JOAN BIENVENUE, incurred medical bills as a result of the subject incident.

8. Plaintiff, JOAN BIENVENUE's, medical bills incurred to date were reasonably and necessarily obtained by the Plaintiff as a result of the subject incident.

9. There were no parties who are not named in this lawsuit (commonly referred to as Fabre defendants) that contributed in question in any way.

10. Plaintiff, JOAN BIENVENUE, has incurred lost wages as a result of the subject incident.

11. Plaintiff, JOAN BIENVENUE, will incur a loss of capacity to earn in the future as a result of the subject incident.

12. Plaintiff, JOAN BIENVENUE, will incur future medical expenses as a result of the subject incident.

13. Service of the Complaint upon Defendant, WAL-MART STORES, INC., was proper in this case.

14. The insurance carrier for Defendant, WAL-MART STORES, INC., had the opportunity to resolve this claim within the policy limits of Defendant, WAL-MART STORES, INC., prior to suit being filed and the insurance carrier did not do so.

15. Defendant, WAL-MART STORES, INC., desires to resolve this claim within the policy limits so that there is no personal exposure over and above the policy limits.

16. Please admit that you have no information that evidences Plaintiff sustained any prior injury to the same area of Plaintiff's body that is the subject of damage in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been served with the Summons and Complaint.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

ABRAHAMSON & UITERWYK
900 W. Platt Street
Tampa, FL 33606
Telephone: (813) 222-0500
Facsimile: (813) 221-4738
jpimenta@uiterwyklaw.com

_____
JUSTIN W. PIMENTA, ESQUIRE
Florida Bar No.: 0619868

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN
AND FOR PINELLAS COUNTY, STATE OF FLORIDA, CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

vs.                                    CASE NO.:

WAL-MART STORES, INC.,        13 - 0 3 5 6 3 CI-15

    Defendant.
_____/

                          SUMMONS[1]    DATE: 4-9-13    TIME: 12:00

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:    ERIC DEAL    S.P.S. #336
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories and Request to Produce filed in this action upon Defendant(s):

                WAL-MART STORES, INC.
                c/o C T Corporation System
                1200 South Pine Island Road
                Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, whose name and address is:

                JUSTIN W. PIMENTA
                Abrahamson & Uiterwyk
                900 West Platt Street
                Tampa, FL 33606
                (813) 222-0500

within twenty (20) days after service of this summons upon that Defendant, exclusive of the day of service, and to file the original of the written defenses with the clerk of this court either before service on Plaintiff's attorney, or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint or Petition.

    WITNESS my hand and the seal of said court on the ____ day of MAR 2 8 2013, 2013.

            KEN BURKE
            CLERK CIRCUIT COURT    Clerk, Circuit Court
(COURT SEAL)    315 Court Street
            Clearwater, Pinellas County, FL 33756 -51 By: /s/ DONNA E. BIGNOTTI
                                            As Deputy Clerk

---

[1] ATTN: PERSONS WITH DISABILITIES IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT, PERSONS NEEDING SPECIAL ACCOMODATION TO PARTICIPATE IN THIS HEARING, SHOULD CONTACT A.D.A. COORDINATOR NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE PROCEEDING

 **CT Corporation**

**Service of Process Transmittal**
04/09/2013
CT Log Number 522481948

**TO:** Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Florida**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Bienvenue Joan, Pltf. vs. Wal-Mart Stores, Inc., Dft.

**DOCUMENT(S) SERVED:** Summons, Attachment, Complaint and Demand For Jury Trial, Request to Produce, Certificate of Service, Request for Admissions, Notice of Serving Interrogatories, Interrogatories, Signature Page(s)

**COURT/AGENCY:** 6th Judicial Circuit Court - Pinellas County, FL
Case # 1303563CI15

**NATURE OF ACTION:** Personal Injury - Slip/Trip and Fall - 06/24/2012 - At Wal-Mart store located at 3801 Tampa Road, Oldsmar, FL

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Plantation, FL

**DATE AND HOUR OF SERVICE:** By Process Server on 04/09/2013 at 12:00

**JURISDICTION SERVED:** Florida

**APPEARANCE OR ANSWER DUE:** Within 20 days after service, exclusive of the day of service - File written defenses // Within 45 days from date of service - Request to Produce, Interrogatories

**ATTORNEY(S) / SENDER(S):** Justin W. Pimenta
Abrahamson & Uiterwyk
900 West Platt Street
Tampa, FL 33606
813-222-0500

**ACTION ITEMS:** CT has retained the current log. Retain Date: 04/09/2013, Expected Purge Date: 04/14/2013
Image SOP
Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com
Email Notification, Sheron Young ctlawsuits@walmartlegal.com

**SIGNED:** C T Corporation System
**PER:** Donna Moch
**ADDRESS:** 1200 South Pine Island Road
Plantation, FL 33324
**TELEPHONE:** 954-473-5503

Page 1 of 1 / CA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint in the Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office listed in the phone book.

If you choose to file a written response yourself, at the same time as you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the Plaintiff/Plaintiff's Attorney named above.

**************************************************************************

IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a parparor del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonica no lo protegera; si usted repuesta por escrito, incluyendo el numero del caso y los nombres de las interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de la oticinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su repuesta ante el tribunal, debere usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandata o Abogado del Demandante)

**************************************************************************

IMPORTANT

Des poursuites judiciaries ont ere entreprises contre vous. Cous avez 20 jours consecutifs a partir de la date d l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; cous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre salaire, votre argent, et cos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du fribunal. If y a d'autres obligations jurisdiques et cous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance jurisdique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, it vous laudra egalement, en meme temps que cette tormallie, faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci- dessous.

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

v.                                                    Case No.: 13-03563

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## DESIGNATION BY ANDREW S. BOLIN OF E-MAIL ADDRESSES PURSUANT TO RULE 2.516 OF THE FLORIDA RULES OF JUDICIAL ADMINISTRATION

Andrew S. Bolin, as counsel for the Defendant, WAL-MART STORES EAST, LP, designates the following e-mail addresses:

    First:      asb@law-fla.com
    Second:   sab@law-fla.com
    Third:     hnb@law-fla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Justin Pimenta, Esq., service@uiterwyklaw.com on April 22, 2013.

Andrew S. Bolin, Esquire
Florida Bar No. 0569097
Renee D. Faried, Esquire
Florida Bar No. 0084977
Beytin, McLaughlin, McLaughlin, O'Hara & Bolin
Post Office Box 1772
Tampa, Florida 33601-1772
Telephone: (813) 226-3000
Facsimile: (813) 226-3001
Counsel for Defendant, Wal-Mart

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

v.                                                  Case No.: 13-03563

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## NOTICE OF APPEARANCE

YOU WILL PLEASE ENTER the name of the undersigned as attorney of record for Defendant, WAL-MART STORES EAST, LP. The undersigned respectfully requests that all future pleadings and correspondence be directed to the undersigned as counsel for Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Justin Pimenta, Esq., service@uiterwyklaw.com on April 12, 2013.

_____
Andrew S. Bolin, Esquire
Florida Bar No. 0569097
Renee D. Faried, Esquire
Florida Bar No. 0084977
Beytin, McLaughlin, McLaughlin, O'Hara & Bolin
Post Office Box 1772
Tampa, Florida 33601-1772
Telephone: (813) 226-3000
Facsimile: (813) 226-3001
Counsel for Defendant, Wal-Mart

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

v.                                            Case No.: 13-03563

WAL-MART STORES EAST, LP,

    Defendant.
_____/

### DEFENDANT'S REQUEST FOR ADMISSIONS TO PLAINTIFF

The Defendant, WAL-MART STORES EAST, LP, by and through their undersigned counsel, hereby requests that the Plaintiff, admit or deny the following Request for Admissions within thirty (30) days from the date of service hereof, pursuant to Rule 1.370 of the Florida Rule of Civil Procedure:

1.      Admit Plaintiff is a resident of Florida for all times material to the incident that makes up the basis for the Complaint and are presently residents of Florida.

2.      Admit that Plaintiff is alleging damages in excess of $75,000.00.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Justin Pimenta, Esq., service@uiterwyklaw.com on April 22, 2013.

                                                                                                          _____
Andrew S. Bolin, Esquire
Florida Bar No. 0569097
Renee D. Faried, Esquire
Florida Bar No. 0084977
Beytin, McLaughlin, McLaughlin, O'Hara & Bolin
Post Office Box 1772
Tampa, Florida 33601-1772
Telephone: (813) 226-3000
Facsimile: (813) 226-3001
Counsel for Defendant, Wal-Mart

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA, CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

vs.                          CASE NO.: 13-3563-CI-15

WAL-MART STORES EAST, LP,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE REQUEST FOR ADMISSIONS BY DEFENDANT, WAL-MART STORES EAST, LP

**COMES NOW** the Plaintiff(s), JOAN BIENVENUE, by and through her undersigned counsel and answer the Request for Admissions by Defendant WAL-MART STORES, INC., with Certificate of Service dated April 22, 2013, as follows:

    1.    Admitted.

    2.    Admitted.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been served by electronic mail pursuant to Florida Rule of Judicial Administration 2.516 to Andrew S. Bolin, Esquire, Beytin, McLaughlin, McLaughlin, O'Hara & Bolin, P.A., P.O. Box 172, Tampa, FL 33601 (asb@law-fla.com; sab@law-fla.com; hnb@law-fla.com) on this ___ day of April, 2013.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

                              ABRAHAMSON & UITERWYK
                              900 W. Platt Street
                              Tampa, FL 33606
                              Telephone: (813) 222-0500
                              Facsimile: (813) 221-4738
                              jpimenta@uiterwyklaw.com

                              _____
                              JUSTIN W. PIMENTA, ESQUIRE
                              Florida Bar No.: 0619868

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

v.                                               Case No.: 13-03563

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

    The Defendant, WAL-MART STORES EAST, LP, by and through their undersigned counsel, hereby responds to Plaintiff's Request for Admissions as follows:

    1.    Denied.

    2.    Denied.

    3.    Denied.

    4.    Denied.

    5.    Denied.

    6.    Denied.

    7.    Denied.

    8.    Denied.

    9.    Without knowledge at this time and therefore denied.

    10.    Denied.

    11.    Denied.

    12.    Denied.

    13.    Admit.

14. Admit.

15. Defendant denies liability and therefore denies the necessity of a resolution or that there exists any reasonable basis whatsoever for the entry of a judgment in excess of current policy limits.

16. Denied.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Justin Pimenta, Esq., service@uiterwyklaw.com on April 25, 2013.

_____
Andrew S. Bolin, Esquire
Florida Bar No. 0569097
Trina M. Sams, Esquire
Florida Bar No. 091640
Beytin, McLaughlin, McLaughlin, O'Hara & Bolin
Post Office Box 1772
Tampa, Florida 33601-1772
Telephone: (813) 226-3000
Facsimile: (813) 226-3001
Counsel for Defendant, Wal-Mart

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN
AND FOR PINELLAS COUNTY, STATE OF FLORIDA, CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

vs.    CASE NO.: 13-03563CI-15

WAL-MART STORES, INC.,

    Defendant.

_____/

RECEIVED
CIVIL COURT RECORDS
MAR 27 2013
KEN BURKE
CLERK CIRCUIT COURT
PINELLAS COUNTY

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOAN BIENVENUE, by and through the undersigned counsel, hereby sues the Defendant, WAL-MART STORES, INC, a Florida corporation, and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages which exceed the sum of FIFTEEN THOUSAND ($15,000.00) DOLLARS.

2. At all times material to this cause of action, the Defendant, WAL-MART STORES, INC., is a Florida corporation, and is doing business in Pinellas County, Florida.

3. On or about June 24, 2012, the Defendant, WAL-MART STORES, INC., owned, operated, maintained and managed a store located at 3801 Tampa Road, Oldsmar, Pinellas County, Florida.

4. At all times material to this cause of action, the Plaintiff, JOAN BIENVENUE, was an invitee of WAL-MART STORES, INC., 3801 Tampa Road, Oldsmar, Pinellas County, Florida.

5. On June 24, 2012, while an invitee of the premises, the Plaintiff, JOAN BIENVENUE, walked past the cash registers when she slipped and fell on a foreign substance which resulted in serious injuries.

## COUNT 1: NEGLIGENCE

Plaintiff, JOAN BIENVENUE, realleges and incorporates herein all the allegations contained in paragraphs 1 through 5 of this Complaint as if fully stated herein.

6. On or about June 24, 2012, the Plaintiff, JOAN BIENVENUE, was a business invitee on the premises owned and/or controlled by the Defendant, WAL-MART STORES, INC.

7. At the aforesaid time, the Defendant, WAL-MART STORES, INC., negligently and carelessly maintained the premises by allowing a foreign substance to exist on the surface of the floor.

8. The Defendant, WAL-MART STORES, INC., owed a non-delegable duty to the Plaintiff to maintain said premises in a reasonably safe condition, and to warn Plaintiff of any dangers or hazards which existed.

9. The Defendant, WAL-MART STORES, INC., had a non-delegable duty to ensure that any area on the premises was kept in a reasonably safe condition.

10. The Defendant, WAL-MART STORES, INC., breached its non-delegable duty to the Plaintiff by permitting a foreign substance to remain on the floor of the store.

11. The unsafe condition of the floor of the store was known to the Defendant, WAL-MART STORES, INC., or had existed for a sufficient length of time in that the Defendant should have known of it.

12. The Defendant, WAL-MART STORES, INC., was negligent in the following respects:

   a. The Defendant, WAL-MART STORES, INC., had actual or constructive knowledge of the dangerous condition and took no action to remedy it.

   b. Allowing the premises to exist in a hazardous and dangerous state;

   c. Allowing a foreign substance to exists on the floor of its premises;

    d.    Failing to properly warn its clientele of the dangerous condition;

    e.    Failing in its duty to have a reasonably safe mode of operation in the maintenance of its premises so as to avoid dangers to invitees who use their premises;

    f.    Failing to provide a non-skid surface of the premises;

    g.    Failing to properly dry the floor after mopping it.

13.    As a direct and proximate result of the Defendant, WAL-MART STORES, INC.'s, negligence, Plaintiff, JOAN BIENVENUE, was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of the injuries, suffered mental anguish, suffered physical handicap, suffered loss of earnings, suffered loss of earning capacity, has suffered loss of enjoyment of life, suffered aggravation of pre-existing conditions both known and unknown, the injuries are permanent and continuing in nature and Plaintiff, JOAN BIENVENUE, will continue to suffer the losses and impairments in the future.

**WHEREFORE**, the Plaintiff, JOAN BIENVENUE, demands judgment for damages of and from the Defendant, WAL-MART STORES, INC., in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), together with interest and costs, and demands a trial by jury on all issues so triable.

Dated on this 25 day of March, 2013.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

                      Abrahamson & Uiterwyk
                      900 W. Platt Street
                      Tampa, FL 33606
                      Telephone: (813) 222-0500
                      Facsimile: (813) 221-4738
                      jpimenta@uiterwyklaw.com

                      _____
                      JUSTIN W. PIMENTA, ESQUIRE
                      Florida Bar No.: 0619868

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA, CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

vs.                                  CASE NO.: 13-3563-CI-15

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES DATED APRIL 25, 2013

Plaintiff, JOAN BIENVENUE, by and through her undersigned counsel, hereby replies to the affirmative defenses contained in Defendant's Answer dated April 25, 2013 as follows:

1. All affirmative defenses are denied and strict proof thereof is hereby demanded.

2. Defendant is not entitled to a set off for collateral sources which retain liens or subrogation rights.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been served by electronic mail pursuant to Florida Rule of Judicial Administration 2.516 to: Andrew S. Bolin, Esquire, Beytin, McLaughlin, McLaughlin, O'Hara & Bolin, P.A., P.O. Box 1772, Tampa, FL 33601 (asb@law-fla.com; sab@law-fla.com; hnb@law-fla.com) on this _26_ day of April, 2013.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

                                    Abrahamson & Uiterwyk
                                    900 W. Platt Street
                                    Tampa, FL 33606
                                    Telephone: (813) 222-0500
                                    Facsimile: (813) 221-4738
                                    jpimenta@uiterwyklaw.com

                                    _____
                                    JUSTIN W. PIMENTA, ESQUIRE
                                    Florida Bar No.: 0619868