IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN
AND FOR PINELLAS COUNTY, STATE OF FLORIDA, CIVIL DIVISION

JOAN BIENVENUE,

    Plaintiff,

vs.                                     CASE NO.: 13-03563-CI-15

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOAN BIENVENUE, by and through the undersigned counsel, hereby sues the Defendant, WAL-MART STORES EAST, LP, a Florida corporation, and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages which exceed the sum of FIFTEEN THOUSAND ($15,000.00) DOLLARS.

2. At all times material to this cause of action, the Defendant, WAL-MART STORES EAST, LP, is a Florida corporation, and is doing business in Pinellas County, Florida.

3. On or about June 24, 2012, the Defendant, WAL-MART STORES EAST, LP, owned, operated, maintained and managed a store located at 3801 Tampa Road, Oldsmar, Pinellas County, Florida.

4. At all times material to this cause of action, the Plaintiff, JOAN BIENVENUE, was an invitee of WAL-MART STORES EAST, LP, 3801 Tampa Road, Oldsmar, Pinellas County, Florida.

5. On June 24, 2012, while an invitee of the premises, the Plaintiff, JOAN BIENVENUE, walked past the cash registers when she slipped and fell on a foreign substance which resulted in serious injuries.

## COUNT 1: NEGLIGENCE

Plaintiff, JOAN BIENVENUE, realleges and incorporates herein all the allegations contained in paragraphs 1 through 5 of this Complaint as if fully stated herein.

6. On or about June 24, 2012, the Plaintiff, JOAN BIENVENUE, was a business invitee on the premises owned and/or controlled by the Defendant, WAL-MART STORES EAST, LP

7. At the aforesaid time, the Defendant, WAL-MART STORES EAST, LP, negligently and carelessly maintained the premises by allowing a foreign substance to exist on the surface of the floor.

8. The Defendant, WAL-MART STORES EAST, LP, owed a non-delegable duty to the Plaintiff to maintain said premises in a reasonably safe condition, and to warn Plaintiff of any dangers or hazards which existed.

9. The Defendant, WAL-MART STORES EAST, LP, had a non-delegable duty to ensure that any area on the premises was kept in a reasonably safe condition.

10. The Defendant, WAL-MART STORES EAST, LP, breached its non-delegable duty to the Plaintiff by permitting a foreign substance to remain on the floor of the store.

11. The unsafe condition of the floor of the store was known to the Defendant, WAL-MART STORES EAST, LP, or had existed for a sufficient length of time in that the Defendant should have known of it.

12. The Defendant, WAL-MART STORES EAST, LP, was negligent in the following respects:

    a. The Defendant, WAL-MART STORES EAST, LP, had actual or constructive knowledge of the dangerous condition and took no action to remedy it.

    b. Allowing the premises to exist in a hazardous and dangerous state;

    c. Allowing a foreign substance to exists on the floor of its premises;

    d. Failing to properly warn its clientele of the dangerous condition;

e. Failing in its duty to have a reasonably safe mode of operation in the maintenance of its premises so as to avoid dangers to invitees who use their premises;

f. Failing to provide a non-skid surface of the premises;

g. Failing to properly dry the floor after mopping it.

13. As a direct and proximate result of the Defendant, WAL-MART STORES EAST, LP's, negligence, Plaintiff, JOAN BIENVENUE, was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of the injuries, suffered mental anguish, suffered physical handicap, suffered loss of earnings, suffered loss of earning capacity, has suffered loss of enjoyment of life, suffered aggravation of pre-existing conditions both known and unknown, the injuries are permanent and continuing in nature and Plaintiff, JOAN BIENVENUE, will continue to suffer the losses and impairments in the future.

**WHEREFORE**, the Plaintiff, JOAN BIENVENUE, demands judgment for damages of and from the Defendant, WAL-MART STORES EAST, LP, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), together with interest and costs, and demands a trial by jury on all issues so triable.

Dated on this ____ day of April, 2013.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

Abrahamson & Uiterwyk
900 W. Platt Street
Tampa, FL 33606
Telephone: (813) 222-0500
Facsimile: (813) 221-4738
jpimenta@uiterwyklaw.com

_____
JUSTIN W. PIMENTA, ESQUIRE
Florida Bar No.: 0619868